Eleanor A. DuBay, OSB #073755
edubay@tomasilegal.com
**Tomasi Salyer Martin**
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Attorneys for Defendant Macy's, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEFFREY PETERSON, | Case No. 3:18-cv-01876-HZ |
| Plaintiff, | ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION |
| v. | |
| MACY'S, INC., | |
| Defendant. | |

### **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

1. The parties shall submit all claims in the above-captioned action to binding arbitration pursuant to the arbitration agreement contained in the Card Agreement attached to the Stipulation as Exhibit 1.

2. This matter shall be stayed pending binding arbitration.

/ / /

/ / /

Page 1 -  ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION
CITI-L19\00443657.000

*TOMASI SALYER MARTIN*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

3. Within a reasonable time after a final award is granted, or settlement is reached, either party shall advise this court of the outcome of the arbitration proceedings, or any settlement.

DATED: January 31, 2019.

*[signature]*
Hon. Marco A. Hernandez
U.S. District Judge

SUBMITTED BY:

/s/ Eleanor A. DuBay
Eleanor A. DuBay, OSB #073755
(503) 894-9900
edubay@tomasilegal.com
Attorneys for Defendant

Page 2 -  ORDER GRANTING STIPULATION FOR BINDING
          ARBITRATION AND STAY OF ACTION
CITI-L19\00443657.000

*TOMASI SALYER MARTIN*
Attorneys at Law
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236