KYLE W. SCHUMACHER (BAR # 121887)
kschumacher@perryshields.com
**PERRY & SHIELDS, LLP**
10121 SE Sunnyside Rd. Suite 300
Clackamas, OR. 97015
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
John Peterson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON — PORTLAND DIVISION

| | |
|---|---|
| JOHN PETERSON,<br><br>   Plaintiff,<br><br>  vs.<br><br>MACY'S, INC.,<br><br>   Defendants. | Federal Case No.: 3:18-cv-01876-HZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MACY'S INC. AND DOES 1-100 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff John Peterson, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant Macy's Inc., and Does 1- 100 as to all

claims in this action, with prejudice.

  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

  41(a) Voluntary Dismissal

  (1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

    applicable federal statute, the plaintiff may dismiss an action without a court

    order by filing:

      a notice of dismissal before the opposing party serves either an answer or a

      motion for summary judgment.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Macy's, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: March 19, 2019

By:      */s/ Kyle Schumacher*
                    Kyle Schumacher
                    Attorneys for Plaintiff
                    John Peterson